In re State of Louisiana; — Plaintiffs); applying for supervisor and/or remedial writ; Parish of Orleans, Criminal District Court, Div. “C”, No. 286-606.
Writ granted; conviction and sentence reinstated. The district court erred in granting relief on the basis of the newly discovered evidence. First, the evidence would not warrant the granting of a new trial even if the standard of La.C.Cr.P.- art. 851(3) applied. See State v. Chapman, 436 So.2d 451, 455 (La.1983); State v. Prudholm, 446 So.2d 729, 736 (La.1984); State v. Clayton, 427 So.2d 827, 833 (La.1982); cf. Herrera v. Collins, 506 U.S. 390, 403-04, 113 S.Ct. 853, 862-63, 122 L.Ed.2d 203 (1993). Second, Bunch raised identical issues in an earlier application for post-conviction relief which this Court denied. See La.C.Cr.P. art. 930.4(D); State ex rel. Bunch v. Whitley, 93-0193 (La. 11/29/94), 646 So.2d 395.
JOHNSON, J., not on panel.